UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY CORTEZ DEMBY,

                Plaintiff

v.

STATE OF NEVADA, et al.,

                Defendants

Case No. 3:23-cv-00380-ART-CSD

ORDER

On February 20, 2024, the Court issued a screening order and granted Plaintiff until March 21, 2024, to file an amended complaint or the case would be dismissed without prejudice for failure to state a claim. (ECF No. 5). On March 8, 2024, Plaintiff submitted a motion for an extension of time for an additional 30 days to file an amended complaint. (ECF No. 7).

The Court grants the motion for an extension of time (ECF No. 7). Plaintiff will file the amended complaint on or before April 26, 2024. If Plaintiff chooses not to file an amended complaint, this case will be dismissed without prejudice for failure to state a claim. (*See* ECF No. 5 at 11).

DATED: March 12, 2024.



UNITED STATES MAGISTRATE JUDGE